IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Najimias-Nacach,[1]<br><br>   Petitioner,<br><br>v.<br><br>Louis Winn,<br><br>   Respondent. | No. CV-14-02121-TUC-RM<br><br>**ORDER** |

Pending before the Court is a Report and Recommendation issued by Magistrate Judge Leslie A. Bowman (Doc. 34).  In her Report and Recommendation, Judge Bowman recommends that this Court dismiss Petitioner's Petition because he has received all of the pre-trial credit to which he is entitled.   No objections were filed.

A district judge must "make a de novo determination of those portions" of a magistrate judge's "report or specified proposed findings or recommendations to which objection is made."  28 U.S.C. §636(b)(1)(C).  The advisory committee notes to Rule 72(b) of the Federal Rules of Civil Procedure state that, "[w]hen no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation" of a magistrate judge.  *See also Prior v. Ryan*, 2012 WL 1344286, *1 (D. Ariz. Apr. 8, 2012) (reviewing for clear error unobjected-to portions of Report and Recommendation); *Johnson v. Zema Sys. Corp.*, 170 F.3d 734,

---

[1] Petitioner is also known as "David Herrera-Roman."  The Court uses the name "David Najimias-Nacach" because that is the name listed on the docket.

739 (7th Cir. 1999) ("If no objection or only partial objection is made, the district judge reviews those unobjected portions for clear error.").

Reviewing for clear error, this Court finds no error in Judge Bowman's thorough and carefully reasoned Report and Recommendation.  Accordingly,

**IT IS HEREBY ORDERED** as follows:

1. Magistrate Judge Leslie A. Bowman's Report and Recommendation (Doc. 34) is **accepted and adopted**.

2. Petitioner's Second Amended Petition (Doc. 26) is **denied** and this action is **dismissed**.

3. The Clerk of Court is directed to close this case.

Dated this 19th day of April, 2016.

_____
Honorable Rosemary Marquez
United States District Judge